# EXHIBIT A

Case 1:08-cv-00342-SLR    Document 3    Filed 07/11/2008    Page 1 of 2



November 7, 2006

Exhibit (M-a)

To: Dr. Edward Yatco, MD

Re: Reappointment and Recredentialing

In the reappointment process there are 2 items which have surfaced which present problems. Over the past 2 years, you have had a decrease in the number of carotid endarterectomies and cerebral angiograms that you have performed. Our research on these items suggests that a physician needs a minimum of 10 – 50 carotid endarterectomies in order to maintain proficiency. Your level of activity for these procedures is as follows:

CEA  5 in past 2 years
Cerebral Angiogram   1 in past 2 years

I would ask that you amend your reappointment application and remove these 2 items from consideration. The Credentials Committee will be reviewing this at our next meeting, Monday November 13, 2006. <u>Please keep in mind, if we have to make a decision to deny the request, it may be databank reportable.</u>

Thank You,

Harry Anthony Jr, MD

phone (302) 629-6611
fax (302) 628-6313
801 Middleford Road
Seaford, Delaware 19973
nanticoke.org

# EXHIBIT B

Case 1:08-cv-00342-SLR    Document 3-2    Filed 07/11/2008    Page 1 of 2

November 16, 2006

*Exhibit (M-b)*

TO: Harry Anthony Jr, MD
    Credentials Committee

FROM: Eduardo Yatco, MD

RE: Reappointment and Recredentialing

I received your letter of November 7, 2006 after I returned from vacation on November 15, 2006.

Please provide me with the minutes of the Credentials Committee meetings, including that of November 13, 2006, pertaining to your recommendations as soon as possible, in order for me to respond in a timely manner.

Eduardo Yatco, MD

CC: F. Peter Conaty, Jr. Esq.
    Elizabeth Olsen, Esq.

# EXHIBIT C



December 4, 2006    (received Dec 5, 2006)    Exhibit (M-C)

To: Dr. Eduardo Yatco

I received your request for minutes from the credentials meeting regarding your privileges request. Unfortunately, the minutes of this meeting and confidential and cannot be released. However, I can share with you the concerns that were expressed.

There was concern that doing a procedure, such as carotid endarterectomy infrequently does not allow the ability to maintain skill in doing this procedure. This was confirmed by our research which revealed the Leap Frog recommendations of performing a minimum of 10 – 50 per year to maintain competence.

If you have evidence that our numbers are incorrect, or if you can find specific recommendations which differ from the above, or if you feel we should be interpreting the numbers differently, I would be happy to take those concerns to the committee for consideration.

Either way, I do need to know how you would like to proceed. The committee to this point has not made any decision on your credentials for the two procedures in question. We will need to either have you withdraw your request, or have us consider the request. Please let me know.

Sincerely,

Harry Anthony Jr, MD
Chair, Credential Committee

phone (302) 629-6611
fax (302) 628-6313
801 Middleford Road
Seaford, Delaware 19973
nanticoke.org

# EXHIBIT D



December 7, 2006



Exhibit (M-d)

Dear Dr. Eduardo Yatco:

It is my pleasure to inform you that the Board of Directors of Nanticoke Health Services, at its meeting on December 7, 2006, approved your reappointment to our Medical Staff. Your reappointment period is 1/1/07 to 12/31/08.
However, the Board of Directors did not approve these two privileges, cardotid endarterectomies or cerebral arteriograms.

On behalf of the Board and Administration, we thank you for your support of our institution. If I can be of assistance at any time, please do not hesitate to contact me.

Sincerely,

Douglas J. Connell
President & CEO

DJC/ncs

Please sign below and return a copy of this letter to Natasha C. Snead, Medical Staff Specialist, for inclusion to your credential file. This will attest that you have received this letter confirming your privileges. Thank you.

_____
Signature

1/3/07
Date

phone (302) 629-6611
fax (302) 628-6313
801 Middleford Road
Seaford, Delaware 19973
nanticoke.org

# EXHIBIT E

January 16, 2007

To: Executive Committee

Exhibit (M-5)

From: Eduardo Yatco, M.D.

I write to express my opposition to the actions of the Credentials Committee and the Board of Directors which failed to renew my privileges to perform Carotid Endarterectomies and Angiograms.

I ask that you reconsider and restore these privileges.

Sincerely,

Eduardo Yatco, M.D.

# EXHIBIT F



January 26, 2007

Exhibit (M-h)

Dear Dr. Edward Yatco:

It is my pleasure to inform you that the Board of Directors of Nanticoke Health Services, at its meeting on January 25, 2007, approved your request for the privilege Cerebral Arteriograms. Your appointment expiration date is 12/31/2008.

On behalf of the Board and Administration, we thank you for your support of our institution. If I can be of assistance at any time, please do not hesitate to contact me.

Sincerely,

Douglas Connell
President & CEO

DC/ncs

Please sign below and return a copy of this letter to Natasha C. Snead, Medical Staff Specialist, for inclusion to your credential file. This will attest that you have received this letter confirming your privileges. Thank you.

_____
Signature

Jan. 30, 2007
Date

phone (302) 629-6611
fax (302) 628-6313
801 Middleford Road
Seaford, Delaware 19973
nanticoke.org

# EXHIBIT G

Case 1:08-cv-00342-SLR    Document 3-7    Filed 07/11/2008    Page 1 of 2

February 12, 2007



Dr. Eduardo Yatco;

Ed

Exhibit (M-i)

The Board of Directors has determined that the staff does not have the current training and volume to support doing Carotid Endarterectomies. The privilege is therefore not available at this time. At some future time, there may be sufficient volume to support retraining, and at that time you will be eligible to apply. This does not constitute a withdrawal of a privilege, and has no requirement for a report to the data bank.

Should you have any additional questions, please don't hesitate in contacting me.

Christopher Roberts, M.D.J.D.F.A.C.P.
Credentials Chairperson
ncs

phone (302) 629-6611
fax (302) 629-2493
801 Middleford Road
Seaford, Delaware 19973
nanticoke.org