IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **EDUARDO YATCO, M.D.,** | § § | |
| Plaintiff, | § § | C.A. No.:  08-342 SLR |
| v. | § § § | |
| **NANTICOKE HEALTH SERVICES, INC.** | § § § | **Trial by Jury Demanded** |
| Defendants. | § § § § | |

## STIPULATED BRIEF SCHEDULING ORDER

WHEREAS, an Opening Brief in Support of the Defendant's Motion to Dismiss of was filed on August 1, 2008; and

WHEREAS, Plaintiffs' response date, in accordance with a previously agreed stipulation, is August 25, 2008; and

WHEREAS, at Plaintiffs' request the parties have agreed, subject to the approval of the Court, upon a modified Briefing scheduled, as set forth below.

NOW THEREFORE, it is hereby stipulated and agreed by and between the parties, through their counsel and subject to the approval of the Court, that the time within which Plaintiff shall file his Opposition Brief to Defendants' Motion to Dismiss is extended from August 25, 2008, to August 28, 2008, and that the time within which Defendant shall file its Reply Brief is extended from September 1, 2008, to September 4, 2008.

| | |
|---|---|
| **BIGGS AND BATTAGLIA** | **GRIFFIN AND HACKETT, P.A.** |
| /s/ Robert D. Goldberg | /s/ David R. Hackett |
| Robert D. Goldberg, Esquire (# 631) | David R. Hackett, Esquire (#424) |
| 921 North Orange Street | 116 W. Market Street |
| P.O. Box 1489 | P.O. Box 612 |
| Wilmington, Delaware 19899-1489 | Georgetown, DE 19947 |
| (302) 655-9677 | (302) 856-9066 |
| Attorneys for Plaintiff Eduardo Yatco, M.D. | Attorneys for Defendant Nanticoke Health Services, Inc. |

**IT IS SO ORDERED**

Dated: _____       _____
                                                                              U.S.D.J.

P:\Users\Meme\RDG\EFilings\Yatco\revised stip brief sched-yatko v. nanticoke.doc