IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EDUARDO YATCO, M.D., | § § | |
| Plaintiff, | § § § | C.A. No.:  08-342 SLR |
| v. | § § § | |
| NANTICOKE HEALTH SERVICES, INC. | § § § § | |
| Defendants. | § § | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2008, I electronically filed the Plaintiff's Notice of Dismissal with the Clerk of Court and that I served a copy thereof, via facsimile and U. S. Mail, to the following:

David R. Hackett, Esquire
116 West Market Street
P.O. Box 612
Georgetown, DE 19947
(302) 856-9066
Attorneys for Defendant
Nanticoke Health Services, Inc.

BIGGS AND BATTAGLIA

BY:/s/ Robert D. Goldberg
Robert D. Goldberg (Bar I.D.631)
921 North Orange Street
P.O. Box 1489
Wilmington, DE 19899
(302)-655-9677
Attorney for Plaintiff Eduardo Yatco, M.D.

Dated: August 29, 2008